UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN DAVID WYLLINS,

                Plaintiff,

      v.

ROCHESTER MIDLAND CORPORATION,
AND MITCHELL LASK, HARRY GRASSEL,
AND ELIZABETH WAIDELICH, INDIVIDUALLY,

                Defendants.

---

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ROCHESTER MIDLAND CORPORATION**

**Civil Action No. 07 CIV 6801**

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, Defendant Rochester Midland Corporation (a non-governmental corporate party) states that no parent corporation or publicly held corporation controls Rochester Midland Corporation or owns 10% or more of its stock.

Dated:  September 20, 2007                HARRIS BEACH PLLC

                By:    s/Daniel J. Moore
                      Daniel J. Moore
                      *Attorneys for Rochester Midland*
                      *Corporation and Elizabeth Waidelich*
                      99 Garnsey Road
                      Pittsford, New York 14534
                      Telephone: (585) 419-8800

TO:    Anne Donelly Bush, Esq.
       Attorney for Plaintiff
       1085 Warburton Avenue, Ste. 824
       Yonkers, New York 10701
       Tel. & Fax: (212) 803-5470

017309 899522.1