# CERTIFICATE OF SERVICE

DANIEL J. MOORE, one of the attorneys for defendants Rochester Midland Corporation, Mitchell Lask and Elizabeth Waidelich, hereby certify that on October 29, 2007, I electronically filed the foregoing ANSWER ON BEHALF OF DEFENDANTS ROCHESTER MIDLAND CORPORATION, MITCHELL LASK AND ELIZABETH WAIDELICH with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Anne Donnelly Bush, Esq.
   Attorney for the Plaintiff
   1085 Warburton Avenue, Ste. 824
   Yonkers, New York 10701
   Tel. & Fax: (212) 803-5470

And I hereby certify that I have sent by regular mail the foregoing, by the United States Postal Service, to the following non-CM/ECF participants.

1. N/A

s/Daniel J. Moore
DANIEL J. MOORE

017309 913212.1

HARRIS BEACH PLLC
ATTORNEYS AT LAW