UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN DAVID WYLLINS,

                Plaintiff,

v.

ROCHESTER MIDLAND CORPORATION, and
MITCHELL LASK, HARRY GRASSEL, and
ELIZABETH WAIDELICH, INDIVIDUALLY,

                Defendants.

**STIPULATION AND ORDER**
Case No. 07-CIV-6801

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits and with prejudice, without costs to any party as against the other.

Dated: March 6th, 2008

HARRIS BEACH PLLC

_/s/ Daniel J. Moore_
Daniel J. Moore, Esq.
*Attorneys for Defendant*
*Rochester Midland, et al*
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800
E-Mail: dmoore@harrisbeach.com

Dated: March 4th, 2008

Anne Donnelly Bush
Attorney at Law

_/s/ A. D. Bush_
Anne Donnelly Bush, Esq.
*Attorney for Plaintiff*
*Alan David Wyllins*
1085 Warburton Avenue, Ste. 824
Yonkers, NY 10701
Telephone: (212) 803-5470
adblaw@gmail.com

HARRIS BEACH
ATTORNEYS AT LAW

SO ORDERED:

*[signature]*

Gerard E. Lynch
United States District Judge
Date: March 14, 2008